UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIFUSIN CHIU, | No. 2:23-cv-0099 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| EXTRA SPACE STORAGE, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On January 23, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 3. Plaintiff has not filed objections to the findings and recommendations, though he did file a second motion to proceed in forma pauperis (ECF No. 4).

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The court dismisses the case without leave to amend, but also without prejudice to refiling in an appropriate forum or with the support of cogent factual allegations.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed January 23, 2023, are adopted in part as described above; and

    2. All claims against all defendants are DISMISSED without prejudice.

DATED: March 31, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE